ORTIZ & KATANO
A LAW CORPORATION

JONATHAN L. ORTIZ          2297-0
WADE J. KATANO             6496-0
CHRISTINE S. PREPOSE-KAMIHARA  9039-0
2121 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813
Phone No.: (808) 524-6696
Fax No.:   (808) 524-6690

Attorneys for Defendant
NOLAN HANOHANO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAPHNE L. DINNAN, individually and as Personal Representative of the ESTATE OF STEPHEN JOSEPH DINNAN, Deceased; SEAN F. DINNAN, ELISHA KALANI, individually and as next friend of her minor child, S.K., IAN C. DINNAN, CHRISTINA K.S. DINNAN, KATELYN S.L. DINNAN, DOREEN P. KAOLULO, as parent and next friend of her minor child, S. P. L. D.; SHARDEAH K.K.K. SERHANT, individually and as parent and next friend of her minor children, S.K.S. and S.K.P.H.K.S.<br><br>        Plaintiffs,<br><br>   vs. | CIVIL NO. CV 14 00286 DKW RLP<br><br>**STIPULATION FOR PARTIAL DISMISSAL WITH PREJUDICE** OF ANY AND ALL CLAIMS BY AND AGAINST: (1) DEFENDANT ERIC MATSUMOTO, INDIVIDUALLY AND AS A POLICE OFFICER OF THE HONOLULU POLICE DEPARTMENT; AND (2) DEFENDANT NOLAN HANOHANO; and **ORDER**<br><br>Judge: Hon. Derrick K. Watson |

| | |
|---|---|
| CITY AND COUNTY OF HONOLULU, a municipal corporation; ERIC MATSUMOTO, individually and as a Police Officer of the Honolulu Police Department; NOLAN HANOHANO, DOES 1-20,<br><br>           Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION FOR PARTIAL DISMISSAL WITH PREJUDICE** OF ANY AND ALL CLAIMS BY AND AGAINST: (1) DEFENDANT ERIC MATSUMOTO, INDIVIDUALLY AND AS A POLICE OFFICER OF THE HONOLULU POLICE DEPARTMENT; AND (2) DEFENDANT NOLAN HANOHANO; and **ORDER**

IT IS HEREBY STIPULATED, by and between the parties herein, through their respective counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the *Federal Rules of Civil Procedure* and Rules 10.4 and 41.1 of the *Local Rules of Practice for the United States District Court for the District of Hawaii*, that all claims asserted by Plaintiffs in their Complaint and First Amended Complaint against: (1) Defendant ERIC MATSUMOTO, Individually and as a Police Officer of the Honolulu Police Department ("MATSUMOTO"); and (2) Defendant NOLAN HANOHANO ("HANOHANO"), respectively, are hereby *dismissed with prejudice.*

It is further stipulated by and between the parties hereto, pursuant to Rule 41(c) of the *Federal Rules of Civil Procedure*, that any and all cross-claims, counter-claims, or third-party claims, etc. filed herein by and/or against Defendants MATSUMOTO and HANOHANO, respectively, including cross-claims asserted by and/or against Defendant CITY and COUNTY OF HONOLULU, are also hereby ***dismissed with prejudice.***

All appearing parties have signed this Stipulation for Partial Dismissal with Prejudice. Each party is to bear their own attorneys' fees and costs relating to the claims asserted by and/or against Defendants MATSUMOTO and HANOHANO, respectively.

There are no remaining parties, claims, or issues involving Defendants MATSUMOTO and HANOHANO, respectively.

The only remaining claims are Plaintiffs' claims against Defendant CITY AND COUNTY OF HONOLULU, which have been settled and will be subject to a separate dismissal pleading.

DATED: Honolulu, Hawaii, __JUL 17 2017__.

                                         /s/ *Peter C. Hsieh*
                                       MICHAEL J. GREEN
                                       PETER C. HSIEH
                                       Attorneys for Plaintiffs
                                       DAPHNE L. DINNAN, Individually and as Personal Representative of the ESTATE OF STEPHEN JOSEPH DINNAN, deceased, SEAN F. DINNAN, ELISA KALANI, Individually and as parent and next friend of her minor child, S.K., IAN C. DINNAN CHRISTINA K.S. DINNAN, KATELYN S.L. DINNAN; and DOREEN P. KAOLULU, as parent and next friend of her minor child, S.P.L.D.

DATED: Honolulu, Hawaii, __JUL 17 2017__.

                                       /s/ *Myles S. Breiner*
                                       MYLES S. BREINER
                                       Attorney for Plaintiff
                                       SHARDEAH K.K.K. SERHANT, Individually and as parent and next friend of her minor children, S.K.S. and S.K.P.H.K.S.

DATED: Honolulu, Hawaii, JUL 17 2017 .

/s/ Curtis E. Sherwood
DONNA Y. L. LEONG
CURTIS E. SHERWOOD
AMANDA FURMAN
Department of the Corporation Counsel
Attorneys for Defendants CITY AND
COUNTY OF HONOLULU and ERIC
MATSUMOTO

DATED: Honolulu, Hawaii, JUL 17 2017 .

/s/ Wade J. Katano
JONATHAN L. ORTIZ
WADE J. KATANO
CHRISTINE S. PREPOSE-KAMIHARA
Attorneys for Defendant
NOLAN HANOHANO

**APPROVED AND SO ORDERED:**

DATED:  July 19, 2017 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge